■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE DELORBE, Also Known as RAMON PAULINO, Also Known as CLUEBRA, Appellant. [987 NYS2d 589]—An appeal having been taken to this Court by the above-named appellant from a judg-

ment of the Supreme Court, New York County (Bruce Allen, J.), rendered on or about January 20, 2012, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Friedman, Renwick, Gische and Clark, JJ.